## WATERBURY TEACHERS ASSOCIATION v. FREEDOM OF INFORMATION COMISSION ET AL.

The petition by the defendants Marc S. Ryan, James B. Craig and the Waterbury Republican-American for certification for appeal from the Appellate Court, 42 Conn. App. 700 (AC 14936), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the grievance hearings in this case did not constitute 'meetings' within the meaning of General Statutes § 1-18a (b) because they constituted 'strategy or negotiations' within the meaning of the statute?"

The Supreme Court docket number is SC 15543.

*Thomas G. Parisot,* in support of the petition.

*William J. Dolan,* in opposition.

Decided October 10, 1996